

| | | | | |
|---|---|---|---|---|
| ATLANTA | CLEVELAND | | DAYTON | WASHINGTON, D.C. |
| | CINCINNATI | COLUMBUS | NEW YORK | |

December 8, 2017

<u>Via ECF</u>

Hon. Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:   *United States v. Raheem Brennerman, et al.*
            <u>Case No.: 17-cr-155</u>

Dear Judge Kaplan:

    We write in regard to defendant Raheem Brennerman who is scheduled to be sentenced by the Court in the above-referenced matter on December 21. 2017. We respectfully request an adjournment of Mr. Brennerman's sentencing until a convenient date for the Court in early February to allow us additional time to prepare a sentencing memorandum on Mr. Brennerman's behalf. We just concluded Mr. Brennerman's fraud trial before Judge Sullivan this week and need time to regroup and adequately prepare for Mr. Brennerman's sentencing in the case before Your Honor. Additionally, Ms. Fritz will be out of the country on December 21, 2017.

    We have conferred with AUSAs Sobelman and Landsman-Roos who have no objection to our request for an adjournment of the sentencing.

    Thank you for your consideration of this request.

                                        Respectfully submitted,

                                        Maranda E. Fritz
                                        Brian D. Waller

                                        *Attorneys for Raheem Brennerman*

brian.waller@thompsonhine.com    Direct dial: 212-908-3932    Fax: 212-344-6101

---

THOMPSON HINE LLP    335 Madison Avenue    www.ThompsonHine.com
ATTORNEYS AT LAW    12th Floor    O: 212.344.5680
    New York, New York 10017-4611    F: 212.344.6101



Hon. Lewis A. Kaplan
United States District Judge
United States Courthouse
December 8, 2017
Page 2

cc:   AUSA Robert B. Sobelman
      AUSA Nicolas Landsman-Roos